Opinion issued November 21, 2013



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00318-CV

————————————

**RES-AZ THREE, LLC, a Florida Limited Liability Company, Appellant**

**V.**

**HOWARD T. TELLEPSEN, JR., Appellee**

On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Case No. 11-DCV-193506

*and*

————————————

## NO. 01-12-00301-CV

————————————

**IN RE RES-AZ THREE, LLC, a Florida Limited Liability Company, Relator**

**MEMORANDUM OPINION**

Appellant/relator Res-AZ Three, LLC filed a petition for writ of mandamus and an appeal from a judgment entered by the 400th District Court of Fort Bend County, Texas, in cause number 11-DCV-193506. The parties have filed joint motions to dismiss the appeal and the mandamus proceeding on the grounds that the parties have reached a settlement agreement. The parties request that this Court dismiss the appeal and mandamus.

The Court, having considered the documents on file and the joint motions to dismiss, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motions to dismiss are granted, and the appeal and petition for writ of mandamus are hereby DISMISSED. In accordance with the agreements of the parties, costs are taxed against the parties who have incurred them.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.